IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                        )<br>        Plaintiff,                      )<br>                                                        )<br>    vs.                                               )<br>                                                        )<br>                                                        )<br>DARNELL L. POLITE, JR.,         )<br>                                                        )<br>        Defendant.                    ) | 8:02CR236<br><br>JUDGMENT |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED:

1.Defendant's Motion to Amend Judgment (Filing No. 57) is denied.

2.The Clerk is directed to mail a copy of this Memorandum and Order to the defendant at his last known address.

DATED this 22nd day of November, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge